UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACIE L. O'CONNOR, | ) | CIVIL ACTION NO. 4:21-CV-1077 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI, | ) | |
| Defendant | ) | |

## ORDER

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1) This case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

(2) Final Judgment will be issued in Tracy L. O'Connor's favor by separate order.

(3) The Clerk of Court is DIRECTED to CLOSE this case.

Date: September 19, 2022          BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge