AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Tracie L O'Connor | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:21-CV-01077 |
| Kilolo Kijakazi, Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Final judgment is entered in favor of Plaintiff, Tracie L O'Connor, and against Kilolo Kijakazi, Commissioner of Social Security pursuant to Fed.R.Civ.P. 58.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** William I. Arbuckle on a motion for Pursuant to Memorandum Opinion and Order dated 9/19/2022 [ECF Docs. 20, 21].

Date: 9/19/2022

*CLERK OF COURT*

Peter Welsh, Clerk of Court
By: *s/Christine A. Williamson*, Deputy Clerk
*Signature of Clerk or Deputy Clerk*